UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

In re: LANDIS, MARK A.  § Case No. 10-70354
LANDIS, DEBORAH M  §
§
Debtor(s)  §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. The debtor filed a petition under Chapter 7 of the United States Bankruptcy Code on January 29, 2010. The undersigned trustee was appointed on April 19, 2010.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized the gross receipts of       $      8,906.95

   Funds were disbursed in the following amounts:

   | | |
   |---|---|
   | Administrative expenses | 7.95 |
   | Payments to creditors | 0.00 |
   | Non-estate funds paid to 3rd Parties | 0.00 |
   | Payments to the debtor | 0.00 |
   | Leaving a balance on hand of[1] | $   8,899.00 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing claims in this case was 07/09/2010. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (9/1/2009)**

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $1,640.70. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $1,640.70, for a total compensation of $1,640.70. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $30.90, for total expenses of $30.90.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 09/08/2010     By:/s/JOSEPH D. OLSEN
                           Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TFR (9/1/2009)**

Exhibit A

# Form 1

Page: 1

## Individual Estate Property Record and Report
## Asset Cases

Case Number: 10-70354
Case Name: LANDIS, MARK A.
LANDIS, DEBORAH M
Period Ending: 09/08/10

Trustee: (330400)  JOSEPH D. OLSEN
Filed (f) or Converted (c): 01/29/10 (f)
§341(a) Meeting Date: 03/04/10
Claims Bar Date: 07/09/10

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Ref. # Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) DA=§554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1  1152 Prescott, land trust<br>   Orig. Asset Memo: Imported from original petition<br>   Doc# 1 | 275,000.00 | 0.00 | DA | 0.00 | FA |
| 2  Checking account-Harris Bank<br>   Orig. Asset Memo: Imported from original petition<br>   Doc# 1 | 346.29 | 0.00 | DA | 0.00 | FA |
| 3  Miscellaneous household goods & furnishings-debt<br>   Orig. Asset Memo: Imported from original petition<br>   Doc# 1 | 2,400.00 | 0.00 | DA | 0.00 | FA |
| 4  Miscellaneous books & pictures-debtors' possessi<br>   Orig. Asset Memo: Imported from original petition<br>   Doc# 1 | 500.00 | 0.00 | DA | 0.00 | FA |
| 5  Necessary wearing apparel-debtors' possession<br>   Orig. Asset Memo: Imported from original petition<br>   Doc# 1 | 500.00 | 0.00 | DA | 0.00 | FA |
| 6  Miscellaneous jewelry-debtors' possession<br>   Orig. Asset Memo: Imported from original petition<br>   Doc# 1 | 300.00 | 0.00 | DA | 0.00 | FA |
| 7  Miscellaneous sports equipment-debtors' possessi<br>   Orig. Asset Memo: Imported from original petition<br>   Doc# 1 | 300.00 | 0.00 | DA | 0.00 | FA |
| 8  401(k)<br>   Orig. Asset Memo: Imported from original petition<br>   Doc# 1 | 25,000.00 | 0.00 | DA | 0.00 | FA |
| 9  Pension; defined benefit no cash value<br>   Orig. Asset Memo: Imported from original petition<br>   Doc# 1 | 0.00 | 0.00 | DA | 0.00 | FA |
| 10 100% interest in Cardunal Corporation d/b/a Froo<br>   Orig. Asset Memo: Imported from original petition<br>   Doc# 1 | 0.00 | 0.00 | DA | 0.00 | FA |
| 11 Anticipated tax refund<br>   Orig. Asset Memo: Imported from original petition<br>   Doc# 1 | Unknown | 8,905.29 | | 8,905.29 | FA |
| 12 2005 Ford Mustang subject to lien of Harris Bank<br>   Orig. Asset Memo: Imported from original petition | 8,500.00 | 0.00 | DA | 0.00 | FA |

Printed: 09/08/2010 03:10 PM    V.12.52

Exhibit A

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 2

**Case Number:** 10-70354
**Case Name:** LANDIS, MARK A.
LANDIS, DEBORAH M
**Period Ending:** 09/08/10

**Trustee:** (330400) JOSEPH D. OLSEN
**Filed (f) or Converted (c):** 01/29/10 (f)
**§341(a) Meeting Date:** 03/04/10
**Claims Bar Date:** 07/09/10

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| | Doc# 1 | | | | | |
| Int | INTEREST (u) | Unknown | N/A | | 1.66 | FA |
| 13 | Assets  Totals (Excluding unknown values) | $312,846.29 | $8,905.29 | | $8,906.95 | $0.00 |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):** June 30, 2010

**Current Projected Date Of Final Report (TFR):** July 20, 2010 (Actual)

Exhibit B

# Form 2
## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 10-70354  
**Case Name:** LANDIS, MARK A.  
LANDIS, DEBORAH M  
**Taxpayer ID #:** **-***2407  
**Period Ending:** 09/08/10  

**Trustee:** JOSEPH D. OLSEN (330400)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****42-65 - Money Market Account  
**Blanket Bond:** $1,500,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Money Market Account Balance |
|---|---|---|---|---|---|---|---|
| 04/09/10 | {11} | Mark and Deborah Landis | Tax refund | 1129-000 | 8,905.29 | | 8,905.29 |
| 04/20/10 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0500% | 1270-000 | 0.08 | | 8,905.37 |
| 04/20/10 | | Wire out to BNYM account 9200******4265 | Wire out to BNYM account 9200******4265 | 9999-000 | -8,905.37 | | 0.00 |
| | | | ACCOUNT TOTALS | | 0.00 | 0.00 | $0.00 |
| | | | Less: Bank Transfers | | -8,905.37 | 0.00 | |
| | | | Subtotal | | 8,905.37 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $8,905.37 | $0.00 | |

{} Asset reference(s)

Printed: 09/08/2010 03:10 PM    V.12.52

Exhibit B

# Form 2
## Cash Receipts And Disbursements Record

Page: 2

| Case Number: | 10-70354 | | Trustee: | JOSEPH D. OLSEN (330400) |
| Case Name: | LANDIS, MARK A. | | Bank Name: | The Bank of New York Mellon |
| | LANDIS, DEBORAH M | | Account: | 9200-******42-65 - Money Market Account |
| Taxpayer ID #: | **-***2407 | | Blanket Bond: | $1,500,000.00 (per case limit) |
| Period Ending: | 09/08/10 | | Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Money Market Account Balance |
|---|---|---|---|---|---|---|---|
| 04/20/10 | | Wire in from JPMorgan Chase Bank, N.A. account ********4265 | Wire in from JPMorgan Chase Bank, N.A. account ********4265 | 9999-000 | 8,905.37 | | 8,905.37 |
| 04/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.18 | | 8,905.55 |
| 05/28/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.53 | | 8,906.08 |
| 06/04/10 | | To Account #9200******4266 | Payment of bond premium | 9999-000 | | 7.38 | 8,898.70 |
| 06/08/10 | | To Account #9200******4266 | balance of bond premium | 9999-000 | | 0.57 | 8,898.13 |
| 06/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.51 | | 8,898.64 |
| 07/20/10 | Int | The Bank of New York Mellon | Current Interest Rate is 0.0700% | 1270-000 | 0.36 | | 8,899.00 |
| 07/20/10 | | To Account #9200******4266 | Prep. of F. Rpt | 9999-000 | | 8,899.00 | 0.00 |
| | | | ACCOUNT TOTALS | | 8,906.95 | 8,906.95 | $0.00 |
| | | | Less: Bank Transfers | | 8,905.37 | 8,906.95 | |
| | | | Subtotal | | 1.58 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $1.58 | $0.00 | |

{} Asset reference(s)

Printed: 09/08/2010 03:10 PM    V.12.52

Exhibit B

# Form 2
## Cash Receipts And Disbursements Record

Page: 3

| Case Number: | 10-70354 | | Trustee: | JOSEPH D. OLSEN (330400) |
|---|---|---|---|---|
| Case Name: | LANDIS, MARK A. | | Bank Name: | The Bank of New York Mellon |
| | LANDIS, DEBORAH M | | Account: | 9200-******42-66 - Checking Account |
| Taxpayer ID #: | **-***2407 | | Blanket Bond: | $1,500,000.00  (per case limit) |
| Period Ending: | 09/08/10 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 06/04/10 | | From Account #9200******4265 | Payment of bond premium | 9999-000 | 7.38 | | 7.38 |
| 06/04/10 | 101 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 06/04/2010 FOR CASE #10-70354, Bond premium #016018067 Voided on 06/07/10 | 2300-003 | | 7.38 | 0.00 |
| 06/07/10 | 101 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 06/04/2010 FOR CASE #10-70354, Bond premium #016018067 Voided: check issued on 06/04/10 | 2300-003 | | -7.38 | 7.38 |
| 06/08/10 | | From Account #9200******4265 | balance of bond premium | 9999-000 | 0.57 | | 7.95 |
| 06/08/10 | 102 | US Bankruptcy Court | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 06/08/2010 FOR CASE #10-70354, Bond premium #016018067 Voided on 06/08/10 | 2300-003 | | 7.95 | 0.00 |
| 06/08/10 | 102 | US Bankruptcy Court | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 06/08/2010 FOR CASE #10-70354, Bond premium #016018067 Voided: check issued on 06/08/10 | 2300-003 | | -7.95 | 7.95 |
| 06/08/10 | 103 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 06/08/2010 FOR CASE #10-70354, Bond Premium #016018067 | 2300-000 | | 7.95 | 0.00 |
| 07/20/10 | | From Account #9200******4265 | Prep. of F. Rpt | 9999-000 | 8,899.00 | | 8,899.00 |

| | | | |
|---|---|---|---|
| ACCOUNT TOTALS | | 8,906.95 | 7.95 | $8,899.00 |
| Less: Bank Transfers | | 8,906.95 | 0.00 | |
| Subtotal | | 0.00 | 7.95 | |
| Less: Payments to Debtors | | | 0.00 | |
| NET Receipts / Disbursements | | $0.00 | $7.95 | |

| Net Receipts : | 8,906.95 |
|---|---|
| Net Estate : | $8,906.95 |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| MMA # ***-*****42-65 | 8,905.37 | 0.00 | 0.00 |
| MMA # 9200-******42-65 | 1.58 | 0.00 | 0.00 |
| Checking # 9200-******42-66 | 0.00 | 7.95 | 8,899.00 |
| | $8,906.95 | $7.95 | $8,899.00 |

{} Asset reference(s)

Printed: 09/08/2010 03:10 PM    V.12.52

# EXHIBIT A
## ANALYSIS OF CLAIMS REGISTER

Claims Bar Date: July 9, 2010

Case Number: 10-70354　　　　　　　　　　　Page: 1　　　　　　　　　　　Date: September 8, 2010
Debtor Name: LANDIS, MARK A.　　　　　　　　　　　　　　　　　　　　　　Time: 03:10:37 PM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 200 | JOSEPH D. OLSEN<br>1318 EAST STATE STREET<br>ROCKFORD, IL 61104-2228 | Admin Ch. 7 | | $1,640.70 | $0.00 | 1,640.70 |
| 200 | JOSEPH D. OLSEN<br>1318 EAST STATE STREET<br>ROCKFORD, IL 61104-2228 | Admin Ch. 7 | | $30.90 | $0.00 | 30.90 |
| 2<br>570 | IL Dept. of Revenue<br>Bankruptcy Section<br>Post Office Box 64338<br>Chicago, IL 60664-0338 | Priority | Claim #15 amends Claim #2 | $0.00 | $0.00 | 0.00 |
| 15P<br>570 | IL Dept. of Revenue<br>Bankruptcy Section<br>Post Office Box 64338<br>Chicago, IL 60664-0338 | Priority | | $970.09 | $0.00 | 970.09 |
| 1<br>610 | American Infosource Lp As Agent for<br>World Financial Network National Bank As<br>Express,PO Box 248872<br>Oklahoma City, OK 73124-8872 | Unsecured | | $278.83 | $0.00 | 278.83 |
| 3<br>610 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Unsecured | | $16,230.09 | $0.00 | 16,230.09 |
| 4<br>610 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Unsecured | | $26,176.20 | $0.00 | 26,176.20 |
| 5<br>610 | Vision Financial Group<br>c/o Hutison, Perry & Assoc.<br>4570 N. 1st Ave., #120<br>Tucson, AZ 85718 | Unsecured | | $31,437.73 | $0.00 | 31,437.73 |
| 6<br>610 | Discover Bank<br>Dfs Services LLC<br>PO Box 3025<br>New Albany, OH 43054-3025 | Unsecured | | $8,172.66 | $0.00 | 8,172.66 |
| 7<br>610 | Discover Bank<br>Dfs Services LLC<br>PO Box 3025<br>New Albany, OH 43054-3025 | Unsecured | | $872.03 | $0.00 | 872.03 |
| 8<br>610 | Chase Bank USA, N.A.<br>c/o Creditors Bankruptcy Service<br>P.O. Box 740933<br>Dallas, TX 75374 | Unsecured | | $1,078.58 | $0.00 | 1,078.58 |
| 9<br>610 | GE Money Bank dba SAM'S CLUB<br>Care of Recovery Management Systems Corp<br>25 SE 2nd Ave Ste 1120<br>Miami, FL 33131 | Unsecured | | $3,604.47 | $0.00 | 3,604.47 |

# EXHIBIT A
## ANALYSIS OF CLAIMS REGISTER

Claims Bar Date: July 9, 2010

Case Number: 10-70354　　　　　　　　　　　Page: 2　　　　　　　　　　　Date: September 8, 2010
Debtor Name: LANDIS, MARK A.　　　　　　　　　　　　　　　　　　　　　　Time: 03:10:37 PM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 10 610 | GE Money Bank dba LOWES CONSUMER Care of Recovery Management Systems Corp 25 SE 2nd Ave Ste 1120 Miami, FL 33131 | Unsecured | | $181.57 | $0.00 | 181.57 |
| 11 610 | Fia Card Services, NA/Bank of America by American Infosource Lp As Its Agent PO Box 248809 Oklahoma City, OK 73124-8809 | Unsecured | | $15,438.91 | $0.00 | 15,438.91 |
| 12 610 | Fia Card Services, NA/Bank of America by American Infosource Lp As Its Agent PO Box 248809 Oklahoma City, OK 73124-8809 | Unsecured | | $12,242.28 | $0.00 | 12,242.28 |
| 13 610 | Fia Card Services, NA/Bank of America by American Infosource Lp As Its Agent PO Box 248809 Oklahoma City, OK 73124-8809 | Unsecured | | $8,147.14 | $0.00 | 8,147.14 |
| 14 610 | Fia Card Services, NA/Bank of America by American Infosource Lp As Its Agent PO Box 248809 Oklahoma City, OK 73124-8809 | Unsecured | | $8,074.34 | $0.00 | 8,074.34 |
| 15U 610 | IL Dept. of Revenue Bankruptcy Section Post Office Box 64338 Chicago, IL 60664-0338 | Unsecured | | $557.09 | $0.00 | 557.09 |
| << Totals >> | | | | 135,133.61 | 0.00 | 135,133.61 |

# TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 10-70354
Case Name: LANDIS, MARK A.
Trustee Name: JOSEPH D. OLSEN

Claims of secured creditors will be paid as follows:

*Claimant*                                          *Proposed Payment*

N/A

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | | *Fees* | *Expenses* |
|---|---|---|---|
| *Trustee* | JOSEPH D. OLSEN | $ 1,640.70 | $ 30.90 |
| *Attorney for trustee* | | $ | $ |
| *Appraiser* | | $ | $ |
| *Auctioneer* | | $ | $ |
| *Accountant* | | $ | $ |
| *Special Attorney for trustee* | | $ | $ |
| *Charges,* | U.S. Bankruptcy Court | $ | $ |
| *Fees,* | United States Trustee | $ | $ |
| *Other* | | $ | $ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

*Reason/Applicant*                *Fees*                *Expenses*

**UST Form 101-7-TFR (9/1/2009)**

| | | | |
|---|---|---|---|
| *Attorney for debtor* | _____ | $_____ | $_____ |
| *Attorney for* | _____ | $_____ | $_____ |
| *Accountant for* | _____ | $_____ | $_____ |
| *Appraiser for* | _____ | $_____ | $_____ |
| *Other* | _____ | $_____ | $_____ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $970.09 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| 15P | IL Dept. of Revenue | $ 970.09 | $ 970.09 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 132,491.92 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 4.7 percent.

Timely allowed general (unsecured) claims are as follows:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| 1 | American Infosource Lp As Agent for | $ 278.83 | $ 13.18 |
| 3 | Chase Bank USA, N.A. | $ 16,230.09 | $ 766.51 |
| 4 | Chase Bank USA, N.A. | $ 26,176.20 | $ 1,236.24 |
| 5 | Vision Financial Group | $ 31,437.73 | $ 1,484.73 |
| 6 | Discover Bank | $ 8,172.66 | $ 385.98 |
| 7 | Discover Bank | $ 872.03 | $ 41.18 |
| 8 | Chase Bank USA, N.A. | $ 1,078.58 | $ 50.94 |
| 9 | GE Money Bank dba SAM'S CLUB | $ 3,604.47 | $ 170.23 |
| 10 | GE Money Bank dba LOWES CONSUMER | $ 181.57 | $ 8.58 |
| 11 | Fia Card Services, NA/Bank of America | $ 15,438.91 | $ 729.15 |
| | Fia Card Services, NA/Bank | | |

**UST Form 101-7-TFR (9/1/2009)**

Case 10-70354   Doc 25   Filed 09/09/10   Entered 09/09/10 16:23:45   Desc Main
                    Document      Page 12 of 12

| | | | |
|---|---|---|---|
| 12 | of America | $ 12,242.28 | $ 578.18 |
| 13 | Fia Card Services, NA/Bank of America | $ 8,147.14 | $ 384.77 |
| 14 | Fia Card Services, NA/Bank of America | $ 8,074.34 | $ 381.33 |
| 15U | IL Dept. of Revenue | $ 557.09 | $ 26.31 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

*Claim Number    Claimant                             Allowed Amt. of Claim    Proposed Payment*
                        N/A

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

*Claim Number    Claimant                             Allowed Amt. of Claim    Proposed Payment*
                        N/A

The amount of surplus returned to the debtor after payment of all claims and interest is $ 0.00.

**UST Form 101-7-TFR (9/1/2009)**