UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

In re: LANDIS, MARK A.
LANDIS, DEBORAH M

Debtor(s)

§ Case No. 10-70354
§
§
§

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that JOSEPH D. OLSEN, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
211 South Court
Rockford, IL 61101

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 09:30am on 10/06/2010 in Courtroom 115, United States Courthouse, 211 South Court
Rockford, IL 61101.

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Dated : 09/08/2010         By: /s/JOSEPH D. OLSEN
                                                  Trustee

JOSEPH D. OLSEN
1318 EAST STATE STREET
ROCKFORD, IL 61104-2228
(815) 965-8635

**UST Form 101-7-NFR (9/1/2009)**

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### WESTERN DIVISION

| | | |
|---|---|---|
| In re: LANDIS, MARK A. | § | Case No. 10-70354 |
| LANDIS, DEBORAH M | § | |
| | § | |
| Debtor(s) | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| The Final Report shows receipts of | $ 8,906.95 |
| and approved disbursements of | $ 7.95 |
| leaving a balance on hand of [1] | $ 8,899.00 |

Claims of secured creditors will be paid as follows:

| Claimant | Proposed Payment |
|---|---|
| N/A | |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | | Fees | Expenses |
|---|---|---|---|
| Trustee | JOSEPH D. OLSEN | $ 1,640.70 | $ 30.90 |
| Attorney for trustee | | $ | $ |
| Appraiser | | $ | $ |
| Auctioneer | | $ | $ |
| Accountant | | $ | $ |
| Special Attorney for trustee | | $ | $ |
| Charges, | U.S. Bankruptcy Court | $ | $ |
| Fees, | United States Trustee | $ | $ |
| Other | | $ | $ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Fees | Expenses |
|---|---|---|

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (9/1/2009)**

| | | | |
|---|---|---|---|
| *Attorney for debtor* | _____ | $_____ | $_____ |
| *Attorney for* | _____ | $_____ | $_____ |
| *Accountant for* | _____ | $_____ | $_____ |
| *Appraiser for* | _____ | $_____ | $_____ |
| *Other* | _____ | $_____ | $_____ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $970.09 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 15P | IL Dept. of Revenue | $ 970.09 | $ 970.09 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 132,491.92 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 4.7 percent.

Timely allowed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 1 | American Infosource Lp As Agent for | $ 278.83 | $ 13.18 |
| 3 | Chase Bank USA, N.A. | $ 16,230.09 | $ 766.51 |
| 4 | Chase Bank USA, N.A. | $ 26,176.20 | $ 1,236.24 |
| 5 | Vision Financial Group | $ 31,437.73 | $ 1,484.73 |
| 6 | Discover Bank | $ 8,172.66 | $ 385.98 |
| 7 | Discover Bank | $ 872.03 | $ 41.18 |
| 8 | Chase Bank USA, N.A. | $ 1,078.58 | $ 50.94 |
| 9 | GE Money Bank dba SAM'S CLUB | $ 3,604.47 | $ 170.23 |
| 10 | GE Money Bank dba LOWES CONSUMER | $ 181.57 | $ 8.58 |
| 11 | Fia Card Services, NA/Bank of America | $ 15,438.91 | $ 729.15 |
| | Fia Card Services, NA/Bank | | |

**UST Form 101-7-NFR (9/1/2009)**

| | | | |
|---|---|---|---|
| 12 | of America | $ 12,242.28 | $ 578.18 |
| 13 | Fia Card Services, NA/Bank of America | $ 8,147.14 | $ 384.77 |
| 14 | Fia Card Services, NA/Bank of America | $ 8,074.34 | $ 381.33 |
| 15U | IL Dept. of Revenue | $ 557.09 | $ 26.31 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

*Claim Number   Claimant                              Allowed Amt. of Claim   Proposed Payment*
                                N/A

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

*Claim Number   Claimant                              Allowed Amt. of Claim   Proposed Payment*
                                N/A

The amount of surplus returned to the debtor after payment of all claims and interest is $0.00.

**UST Form 101-7-NFR (9/1/2009)**

Prepared By: /s/JOSEPH D. OLSEN
Trustee

JOSEPH D. OLSEN
1318 EAST STATE STREET
ROCKFORD, IL 61104-2228
(815) 965-8635

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (9/1/2009)**

# CERTIFICATE OF NOTICE

```
District/off: 0752-3          User: cshabez              Page 1 of 2               Date Rcvd: Sep 10, 2010
Case: 10-70354                Form ID: pdf006            Total Noticed: 37

The following entities were noticed by first class mail on Sep 12, 2010.
db/jdb        +Mark A. Landis,    Deborah M Landis,    1152 Prescott Lane,    Crystal Lake, IL 60014-8895
aty           +Craig A Willette,   Yalden Olsen & Willette,    1318 E State Street,   Rockford, IL 61104-2228
aty           +Joseph D. Olsen,    Yalden, Olsen & Willette,   1318 East State Street,   Rockford, IL 61104-2228
aty           +Richard T Jones,    138 Cass Street,    Woodstock, IL 60098-3254
tr            +Joseph D Olsen,    Yalden Olsen & Willette,    1318 E State Street,    Rockford, IL 61104-2228
15031634       AT&T,   Attn: Bankruptcy Dept.,    Post Office Box 57907,    Murray, UT 84157
15031635      +AT&T,   c/o Alliant Law Group,    2860 Zanker Road, #105,    San Jose, CA 95134-2119
15031636       Bank of America,    4060 Ogleton Stan,    Mail Code DES-019,    Newark, DE 19713
15031637      +Capital One,    1957 Westmoreland,    Post Office Box 26094,    Richmond, VA 23260-6094
15031638      +Chase,    800 Brooksedge Blvd.,    Westerville, OH 43081-2822
15466052       Chase Bank USA, N.A.,    PO Box 15145,    Wilmington, DE 19850-5145
15586009      +Chase Bank USA, N.A.,    c/o Creditors Bankruptcy Service,    P.O. Box 740933,
                Dallas, TX 75374-0933
15031639      +Chase Home Finance,    Attention: Bankruptcy Dept.,    3415 Vision Drive,    Columbus, OH 43219-6009
15031640      +Chase Student Loan Serv.,    Post Office Box 523,    Madison, MS 39130-0523
15031641      +CitiCard,    Post Office Box 6241,    Sioux Falls, SD 57117-6241
15031644      +ComEd,   c/o IC System, Inc.,    444 Highway 96 E.,    Box 64437,    Saint Paul, MN 55127-2557
15031643       ComEd,   c/o ER Solutions,    Post Office Box 9004,    Renton, WA 98057-9004
15031646      +Harris Bank,    3800 Golf Road,    Post Office Box 8759,    Rolling Meadows, IL 60008-8759
15031647       Home Depot Credit Services,    Post Office Box 689100,    Des Moines, IA 50368-9100
15031648       IL Dept. of Revenue,    Bankruptcy Section,    Post Office Box 64338,    Chicago, IL 60664-0338
15031649      +Interstate Partners,    1827 Walden Office Square, #590,    Schaumburg, IL 60173-6704
15031652      +Macy's,    111 Boulder Industrial Drive,    Bridgeton, MO 63044-1241
15031654       US Food Service, Inc.,    Post Office Box 98420,    Chicago, IL 60693-8420
15031655       US Foodservice,    c/o CST Co.,    Post Office Box 33127,    Louisville, KY 40232-3127
15031656      +Vision Financial,    615 Iron City Drive,    Pittsburgh, PA 15205-4321
15031657      +Vision Financial Group,    c/o Hutison, Perry & Assoc.,    4570 N. 1st Ave., #120,
                Tucson, AZ 85718-8601
15031658      +WFNNB/Express,    Post Office Box 659728,    San Antonio, TX 78265-9728

The following entities were noticed by electronic transmission on Sep 10, 2010.
15415461       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Sep 11 2010 02:01:57
                American Infosource Lp As Agent for,    World Financial Network National Bank As,   Express,
                PO Box 248872,    Oklahoma City, OK  73124-8872
15031642      +E-mail/Text: legalcollections@comed.com                            ComEd,   555 Waters Edge,
                Lombard, IL 60148-7044
15031645       E-mail/PDF: mrdiscen@discoverfinancial.com Sep 11 2010 02:11:39    Discover,   12 Reads Way,
                New Castle, DE 19720-1649
15535426       E-mail/PDF: mrdiscen@discoverfinancial.com Sep 11 2010 02:11:39    Discover Bank,
                Dfs Services LLC,    PO Box 3025,    New Albany, Ohio  43054-3025
15799068       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Sep 11 2010 02:01:57
                Fia Card Services, NA/Bank of America,   by American Infosource Lp As Its Agent,   PO Box 248809,
                Oklahoma City, OK  73124-8809
15628931      +E-mail/PDF: gecsedi@recoverycorp.com Sep 11 2010 02:06:53     GE Money Bank dba LOWES CONSUMER,
                Care of Recovery Management Systems Corp,    25 SE 2nd Ave Ste 1120,    Miami FL 33131-1605
15628930      +E-mail/PDF: gecsedi@recoverycorp.com Sep 11 2010 02:06:53     GE Money Bank dba SAM'S CLUB,
                Care of Recovery Management Systems Corp,    25 SE 2nd Ave Ste 1120,    Miami FL 33131-1605
15031650       E-mail/PDF: cr-bankruptcy@kohls.com Sep 11 2010 02:22:43     Kohl's,   Attn: Bankruptcy Dept.,
                P.O. BOX 3083,    Milwaukee, WI 53201-3083
15031651      +E-mail/PDF: gecsedi@recoverycorp.com Sep 11 2010 02:06:53     Lowe's/GE Money Bank,
                Bankruptcy Department,    Post Office Box 103104,    Roswell, GA 30076-9104
15031653       E-mail/PDF: gecsedi@recoverycorp.com Sep 11 2010 02:06:53     Sam's Club/GE Money Bank,
                Bankruptcy Department,    103104,    Roswell, GA 30076
                                                                                              TOTAL: 10

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

```
District/off: 0752-3           User: cshabez              Page 2 of 2                Date Rcvd: Sep 10, 2010
Case: 10-70354                 Form ID: pdf006            Total Noticed: 37

          ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Sep 12, 2010**                **Signature:**    _/s/ Joseph Speetjens_