**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

In re: LANDIS, MARK A.            § Case No. 10-70354
      LANDIS, DEBORAH M         §
                                        §
Debtor(s)                                §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

     JOSEPH D. OLSEN, chapter 7 trustee, submits this Final Account,
Certification that the Estate has been Fully Administered and Application to be Discharged.

     1)  All funds on hand have been distributed in accordance with the Trustee's Final Report
and, if applicable, any order of the Court modifying the Final Report. The case is fully
administered and all assets and funds which have come under the trustee's control in this case
have been properly accounted for as provided by law. The trustee hereby requests to be
discharged from further duties as a trustee.

     2)  A summary of assets abandoned, assets exempt, total distributions to claimants, claims
discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $312,846.29 *(without deducting any secured claims)* | Assets Exempt: $64,370.00 |
| Total Distribution to Claimants: $7,227.40 | Claims Discharged Without Payment: $126,234.61 |
| Total Expenses of Administration: $1,679.55 | |

     3)  Total gross receipts of $ 8,906.95 (see **Exhibit 1**), minus funds paid to the debtor
and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $8,906.95
from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: |  |  |  |  |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 1,679.55 | 1,679.55 | 1,679.55 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 1,940.18 | 970.09 | 970.09 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 0.00 | 132,491.92 | 132,491.92 | 6,257.31 |
| **TOTAL DISBURSEMENTS** | $0.00 | $136,111.65 | $135,141.56 | $8,906.95 |

    4) This case was originally filed under Chapter 7 on January 29, 2010. The case was pending for 10 months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 11/17/2010        By: /s/JOSEPH D. OLSEN
                                          Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Anticipated tax refund | 1129-000 | 8,905.29 |
| Interest Income | 1270-000 | 1.66 |
| **TOTAL GROSS RECEIPTS** | | **$8,906.95** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | None | | | | |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$0.00** | **$0.00** | **$0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JOSEPH D. OLSEN | 2100-000 | N/A | 1,640.70 | 1,640.70 | 1,640.70 |
| JOSEPH D. OLSEN | 2200-000 | N/A | 30.90 | 30.90 | 30.90 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | 7.95 | 7.95 | 7.95 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | 1,679.55 | 1,679.55 | 1,679.55 |

**UST Form 101-7-TDR (10/1/2010)**

### EXHIBIT 5 — PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | 0.00 | 0.00 | 0.00 |

### EXHIBIT 6 — PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | IL Dept. of Revenue | 5800-000 | N/A | 970.09 | 0.00 | 0.00 |
| 15P | IL Dept. of Revenue | 5800-000 | N/A | 970.09 | 970.09 | 970.09 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | 0.00 | 1,940.18 | 970.09 | 970.09 |

### EXHIBIT 7 — GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | American Infosource Lp As Agent for | 7100-000 | N/A | 278.83 | 278.83 | 13.18 |
| 3 | Chase Bank USA, N.A. | 7100-000 | N/A | 16,230.09 | 16,230.09 | 766.51 |
| 4 | Chase Bank USA, N.A. | 7100-000 | N/A | 26,176.20 | 26,176.20 | 1,236.24 |
| 5 | Vision Financial Group | 7100-000 | N/A | 31,437.73 | 31,437.73 | 1,484.73 |
| 6 | Discover Bank | 7100-000 | N/A | 8,172.66 | 8,172.66 | 385.98 |
| 7 | Discover Bank | 7100-000 | N/A | 872.03 | 872.03 | 41.18 |
| 8 | Chase Bank USA, N.A. | 7100-000 | N/A | 1,078.58 | 1,078.58 | 50.94 |
| 9 | GE Money Bank dba SAM'S CLUB | 7100-000 | N/A | 3,604.47 | 3,604.47 | 170.23 |
| 10 | GE Money Bank dba LOWES CONSUMER | 7100-000 | N/A | 181.57 | 181.57 | 8.58 |
| 11 | Fia Card Services, NA/Bank of America | 7100-000 | N/A | 15,438.91 | 15,438.91 | 729.15 |
| 12 | Fia Card Services, NA/Bank of America | 7100-000 | N/A | 12,242.28 | 12,242.28 | 578.18 |
| 13 | Fia Card Services, NA/Bank of America | 7100-000 | N/A | 8,147.14 | 8,147.14 | 384.77 |
| 14 | Fia Card Services, NA/Bank of America | 7100-000 | N/A | 8,074.34 | 8,074.34 | 381.33 |
| 15U | IL Dept. of Revenue | 7100-000 | N/A | 557.09 | 557.09 | 26.31 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | |
|---|---|---|---|---|
| **TOTAL GENERAL UNSECURED CLAIMS** | 0.00 | 132,491.92 | 132,491.92 | 6,257.31 |

**UST Form 101-7-TDR (10/1/2010)**

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 10-70354  
**Case Name:** LANDIS, MARK A.  
LANDIS, DEBORAH M  
**Period Ending:** 11/17/10

**Trustee:** (330400)  JOSEPH D. OLSEN  
**Filed (f) or Converted (c):** 01/29/10 (f)  
**§341(a) Meeting Date:** 03/04/10  
**Claims Bar Date:** 07/09/10

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 1152 Prescott, land trust<br>    Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 275,000.00 | 0.00 | DA | 0.00 | FA |
| 2 | Checking account-Harris Bank<br>    Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 346.29 | 0.00 | DA | 0.00 | FA |
| 3 | Miscellaneous household goods & furnishings-debt<br>    Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 2,400.00 | 0.00 | DA | 0.00 | FA |
| 4 | Miscellaneous books & pictures-debtors' possessi<br>    Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 500.00 | 0.00 | DA | 0.00 | FA |
| 5 | Necessary wearing apparel-debtors' possession<br>    Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 500.00 | 0.00 | DA | 0.00 | FA |
| 6 | Miscellaneous jewelry-debtors' possession<br>    Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 300.00 | 0.00 | DA | 0.00 | FA |
| 7 | Miscellaneous sports equipment-debtors' possessi<br>    Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 300.00 | 0.00 | DA | 0.00 | FA |
| 8 | 401(k)<br>    Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 25,000.00 | 0.00 | DA | 0.00 | FA |
| 9 | Pension; defined benefit no cash value<br>    Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 0.00 | 0.00 | DA | 0.00 | FA |
| 10 | 100% interest in Cardunal Corporation d/b/a Froo<br>    Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 0.00 | 0.00 | DA | 0.00 | FA |
| 11 | Anticipated tax refund<br>    Orig. Asset Memo: Imported from original petition<br>Doc# 1 | Unknown | 8,905.29 | | 8,905.29 | FA |
| 12 | 2005 Ford Mustang subject to lien of Harris Bank | 8,500.00 | 0.00 | DA | 0.00 | FA |

Exhibit 8

# Form 1

Page: 2

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 10-70354  
**Case Name:** LANDIS, MARK A.  
LANDIS, DEBORAH M  
**Period Ending:** 11/17/10

**Trustee:** (330400) JOSEPH D. OLSEN  
**Filed (f) or Converted (c):** 01/29/10 (f)  
**§341(a) Meeting Date:** 03/04/10  
**Claims Bar Date:** 07/09/10

| 1 Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | 2 Petition/ Unscheduled Values | 3 Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | 4 Property Abandoned OA=§554(a) DA=§554(c) | 5 Sale/Funds Received by the Estate | 6 Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
|---|---|---|---|---|---|---|
|  | Orig. Asset Memo: Imported from original petition Doc# 1 |  |  |  |  |  |
| Int | INTEREST (u) | Unknown | N/A |  | 1.66 | FA |
| 13 | **Assets** **Totals** (Excluding unknown values) | **$312,846.29** | **$8,905.29** |  | **$8,906.95** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**     June 30, 2010     **Current Projected Date Of Final Report (TFR):**     July 20, 2010  (Actual)

Printed: 11/17/2010 12:01 PM     V.12.54

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 10-70354  
**Case Name:** LANDIS, MARK A.  
LANDIS, DEBORAH M  
**Taxpayer ID #:** **-***2407  
**Period Ending:** 11/17/10

**Trustee:** JOSEPH D. OLSEN (330400)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****42-65 - Money Market Account  
**Blanket Bond:** $1,500,000.00   (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 04/09/10 | {11} | Mark and Deborah Landis | Tax refund | 1129-000 | 8,905.29 | | 8,905.29 |
| 04/20/10 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is  0.0500% | 1270-000 | 0.08 | | 8,905.37 |
| 04/20/10 | | Wire out to BNYM account 9200******4265 | Wire out to BNYM account 9200******4265 | 9999-000 | -8,905.37 | | 0.00 |

|  |  |  |  |
|---|---|---|---|
| **ACCOUNT TOTALS** | | 0.00 | 0.00 | $0.00 |
| Less: Bank Transfers | | -8,905.37 | 0.00 | |
| **Subtotal** | | 8,905.37 | 0.00 | |
| Less: Payments to Debtors | | | 0.00 | |
| **NET Receipts / Disbursements** | | **$8,905.37** | **$0.00** | |

{} Asset reference(s)

Printed: 11/17/2010 12:01 PM    V.12.54

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

**Case Number:** 10-70354  
**Case Name:** LANDIS, MARK A.  
LANDIS, DEBORAH M  
**Taxpayer ID #:** **-***2407  
**Period Ending:** 11/17/10

**Trustee:** JOSEPH D. OLSEN (330400)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******42-65 - Money Market Account  
**Blanket Bond:** $1,500,000.00 (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 04/20/10 | | Wire in from JPMorgan Chase Bank, N.A. account ********4265 | Wire in from JPMorgan Chase Bank, N.A. account ********4265 | 9999-000 | 8,905.37 | | 8,905.37 |
| 04/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.18 | | 8,905.55 |
| 05/28/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.53 | | 8,906.08 |
| 06/04/10 | | To Account #9200******4266 | Payment of bond premium | 9999-000 | | 7.38 | 8,898.70 |
| 06/08/10 | | To Account #9200******4266 | balance of bond premium | 9999-000 | | 0.57 | 8,898.13 |
| 06/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.51 | | 8,898.64 |
| 07/20/10 | Int | The Bank of New York Mellon | Current Interest Rate is 0.0700% | 1270-000 | 0.36 | | 8,899.00 |
| 07/20/10 | | To Account #9200******4266 | Prep. of F. Rpt | 9999-000 | | 8,899.00 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 8,906.95 | 8,906.95 | $0.00 |
| | | | Less: Bank Transfers | | 8,905.37 | 8,906.95 | |
| | | | **Subtotal** | | 1.58 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$1.58** | **$0.00** | |

{} Asset reference(s)                                                                                           Printed: 11/17/2010 12:01 PM    V.12.54

Exhibit 9

## Form 2

Page: 3

### Cash Receipts And Disbursements Record

**Case Number:** 10-70354  
**Case Name:** LANDIS, MARK A.  
LANDIS, DEBORAH M  
**Taxpayer ID #:** **-***2407  
**Period Ending:** 11/17/10

**Trustee:** JOSEPH D. OLSEN (330400)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******42-66 - Checking Account  
**Blanket Bond:** $1,500,000.00  (per case limit)  
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 06/04/10 | | From Account #9200******4265 | Payment of bond premium | 9999-000 | 7.38 | | 7.38 |
| 06/04/10 | 101 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 06/04/2010 FOR CASE #10-70354, Bond premium #016018067 Voided on 06/07/10 | 2300-003 | | 7.38 | 0.00 |
| 06/07/10 | 101 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 06/04/2010 FOR CASE #10-70354, Bond premium #016018067 Voided: check issued on 06/04/10 | 2300-003 | | -7.38 | 7.38 |
| 06/08/10 | | From Account #9200******4265 | balance of bond premium | 9999-000 | 0.57 | | 7.95 |
| 06/08/10 | 102 | US Bankruptcy Court | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 06/08/2010 FOR CASE #10-70354, Bond premium #016018067 Voided on 06/08/10 | 2300-003 | | 7.95 | 0.00 |
| 06/08/10 | 102 | US Bankruptcy Court | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 06/08/2010 FOR CASE #10-70354, Bond premium #016018067 Voided: check issued on 06/08/10 | 2300-003 | | -7.95 | 7.95 |
| 06/08/10 | 103 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 06/08/2010 FOR CASE #10-70354, Bond Premium #016018067 | 2300-000 | | 7.95 | 0.00 |
| 07/20/10 | | From Account #9200******4265 | Prep. of F. Rpt | 9999-000 | 8,899.00 | | 8,899.00 |
| 10/07/10 | 104 | JOSEPH D. OLSEN | Dividend paid 100.00% on $1,640.70, Trustee Compensation;  Reference: | 2100-000 | | 1,640.70 | 7,258.30 |
| 10/07/10 | 105 | JOSEPH D. OLSEN | Dividend paid 100.00% on $30.90, Trustee Expenses;  Reference: | 2200-000 | | 30.90 | 7,227.40 |
| 10/07/10 | 106 | IL Dept. of Revenue | Dividend paid 100.00% on $970.09; Claim# 15P; Filed: $970.09; Reference: | 5800-000 | | 970.09 | 6,257.31 |
| 10/07/10 | 107 | American Infosource Lp As Agent for | Dividend paid  4.72% on $278.83; Claim# 1; Filed: $278.83; Reference: | 7100-000 | | 13.18 | 6,244.13 |
| 10/07/10 | 108 | Chase Bank USA, N.A. | Dividend paid  4.72% on $16,230.09; Claim# 3; Filed: $16,230.09; Reference: | 7100-000 | | 766.51 | 5,477.62 |
| 10/07/10 | 109 | Chase Bank USA, N.A. | Dividend paid  4.72% on $26,176.20; Claim# 4; Filed: $26,176.20; Reference: | 7100-000 | | 1,236.24 | 4,241.38 |
| 10/07/10 | 110 | Vision Financial Group | Dividend paid  4.72% on $31,437.73; Claim# 5; Filed: $31,437.73; Reference: | 7100-000 | | 1,484.73 | 2,756.65 |
| 10/07/10 | 111 | Discover Bank | Dividend paid  4.72% on $8,172.66; Claim# 6; Filed: $8,172.66; Reference: | 7100-000 | | 385.98 | 2,370.67 |
| 10/07/10 | 112 | Discover Bank | Dividend paid  4.72% on $872.03; Claim# 7; | 7100-000 | | 41.18 | 2,329.49 |

Subtotals :  $8,906.95   $6,577.46

{} Asset reference(s)

Printed: 11/17/2010 12:01 PM    V.12.54

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 4

**Case Number:** 10-70354  
**Case Name:** LANDIS, MARK A.  
LANDIS, DEBORAH M  
**Taxpayer ID #:** **-***2407  
**Period Ending:** 11/17/10

**Trustee:** JOSEPH D. OLSEN (330400)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******42-66 - Checking Account  
**Blanket Bond:** $1,500,000.00  (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | Filed: $872.03; Reference: | | | | |
| 10/07/10 | 113 | Chase Bank USA, N.A. | Dividend paid  4.72% on $1,078.58; Claim# 8; Filed: $1,078.58; Reference: | 7100-000 | | 50.94 | 2,278.55 |
| 10/07/10 | 114 | GE Money Bank dba SAM'S CLUB | Dividend paid  4.72% on $3,604.47; Claim# 9; Filed: $3,604.47; Reference: | 7100-000 | | 170.23 | 2,108.32 |
| 10/07/10 | 115 | GE Money Bank dba LOWES CONSUMER | Dividend paid  4.72% on $181.57; Claim# 10; Filed: $181.57; Reference: | 7100-000 | | 8.58 | 2,099.74 |
| 10/07/10 | 116 | Fia Card Services, NA/Bank of America | Dividend paid  4.72% on $15,438.91; Claim# 11; Filed: $15,438.91; Reference: | 7100-000 | | 729.15 | 1,370.59 |
| 10/07/10 | 117 | Fia Card Services, NA/Bank of America | Dividend paid  4.72% on $12,242.28; Claim# 12; Filed: $12,242.28; Reference: | 7100-000 | | 578.18 | 792.41 |
| 10/07/10 | 118 | Fia Card Services, NA/Bank of America | Dividend paid  4.72% on $8,147.14; Claim# 13; Filed: $8,147.14; Reference: | 7100-000 | | 384.77 | 407.64 |
| 10/07/10 | 119 | Fia Card Services, NA/Bank of America | Dividend paid  4.72% on $8,074.34; Claim# 14; Filed: $8,074.34; Reference: | 7100-000 | | 381.33 | 26.31 |
| 10/07/10 | 120 | IL Dept. of Revenue | Dividend paid  4.72% on $557.09; Claim# 15U; Filed: $557.09; Reference: | 7100-000 | | 26.31 | 0.00 |

| | | | |
|---|---|---|---|
| ACCOUNT TOTALS | | 8,906.95 | 8,906.95 | $0.00 |
| Less: Bank Transfers | | 8,906.95 | 0.00 | |
| Subtotal | | 0.00 | 8,906.95 | |
| Less: Payments to Debtors | | | 0.00 | |
| NET Receipts / Disbursements | | $0.00 | $8,906.95 | |

Net Receipts :    8,906.95  
Net Estate :    $8,906.95

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| MMA # ***-*****42-65 | 8,905.37 | 0.00 | 0.00 |
| MMA # 9200-******42-65 | 1.58 | 0.00 | 0.00 |
| Checking # 9200-******42-66 | 0.00 | 8,906.95 | 0.00 |
| | $8,906.95 | $8,906.95 | $0.00 |

{} Asset reference(s)

Printed: 11/17/2010 12:01 PM    V.12.54